AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| DOMÉNICA BELÉN ÁVILA-ORDOÑEZ <br><br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>WASTE MANAGEMENT, INC.,<br>WASTE MANAGEMENT NATIONAL SERVICES,<br>INC., and<br>WASTE MANAGEMENT OF MARYLAND, INC.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:26-cv-02309-RJL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WASTE MANAGEMENT, INC.
800 Capitol Street, Suite 3000,
Houston, TX 77002
c/o The Corporation Trust Company
1209 Orange Street,
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Patrick M. Regan
Christopher J. Regan
Daniel A. Santos
1919 M St NW, Suite 600,
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/7/2026                                      /s/ Grace Kern

_____                          _____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| DOMÉNICA BELÉN ÁVILA-ORDOÑEZ <br><br><br> *Plaintiff(s)* <br><br> v. <br> WASTE MANAGEMENT, INC., <br> WASTE MANAGEMENT NATIONAL SERVICES, <br> INC., and <br> WASTE MANAGEMENT OF MARYLAND, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:26-cv-02309-RJL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WASTE MANAGEMENT OF MARYLAND, INC.
2405 York Road, Suite 201,
Lutherville Timonium, MD 21093
c/o CT Corporation System
1015 15th Street NW, Suite 1000,
Washington, DC 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Patrick M. Regan
Christopher J. Regan
Daniel A. Santos
1919 M St NW, Suite 600,
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 7/7/2026

/s/ Grace Kern
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

| | |
|---|---|
| DOMÉNICA BELÉN ÁVILA-ORDOÑEZ | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| WASTE MANAGEMENT, INC., | ) |
| WASTE MANAGEMENT NATIONAL SERVICES, | ) |
| INC., and | ) |
| WASTE MANAGEMENT OF MARYLAND, INC. | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:26-cv-02309-RJL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WASTE MANAGEMENT NATIONAL SERVICES, INC.
800 Capitol Street, Suite 3000,
Houston, TX 77002
c/o CT Corporation System
1015 15th Street NW, Suite 1000,
Washington, DC 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patrick M. Regan
Christopher J. Regan
Daniel A. Santos
1919 M St NW, Suite 600,
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/7/2026

/s/ Grace Kern

*Signature of Clerk or Deputy Clerk*